IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:20-mj-87 |
| | ) | |
| vs. | ) | |
| | ) | WRIT OF HABEAS CORPUS |
| MATTHEW J. WARD | ) | ad PROSEQUENDUM |

It appears that criminal charges have been filed against the defendant in the above-entitled case. It further appears that the defendant, Matthew J. Ward, is presently incarcerated at Kirkland Correctional Institution. It is therefore

ORDERED that the Warden of the Kirkland Correctional Institution or his authorized representative hold and deliver Matthew J. Ward to Special Agents and/or Federal Task Force Officers presenting this Order and proper identification for the defendant's initial appearance before this Court, and subsequently to the United States Marshals Service from time to time as the defendant may be needed until the within action is concluded in its entirety. It is further

ORDERED that the United States Marshals Service shall produce the defendant before the Court at such time and place as may be designated by the Court for proceedings in this case, and upon conclusion of the case, said Marshal shall return the defendant to his present place of confinement.

IT IS SO ORDERED.

s/Kevin F. McDonald
UNITED STATES MAGISTRATE JUDGE

September 14, 2020
Greenville, South Carolina